**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  Criminal No.   2:19-cr-00003-1 |
| | )  Judge Trauger |
| HEATHER L. MARKS | ) |
| | ) |

## <u>ORDER</u>

The court will conduct a hearing under *Missouri v. Frye* on Friday, April 24, 2026 at 1:00 p.m. In addition, the parties should be prepared to discuss the defendant's Motion in Limine to Exclude Co-Conspirator Statements or Alternatively for Pretrial Notice of Conspiracy Evidence (Doc. No. 453), the defendant's Motion for Reconsideration of Motion to Exclude Evidence Related to Jackson Sledge (Doc. No. 457), and the defendant's Motion to Continue Trial (Doc. No. 464).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge